IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| W. R. GRACE & CO., et al., | ) | |
| | ) | Case No. 01-01139 (JKF) (Jointly Administered) |
| Debtors. | ) | |
| ——————————————— | ) | |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Adversary No. A-01-771 |
| | ) | |
| Appellants, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MARGARET CHAKARIAN, et al., | ) | |
| AND JOHN DOES 1-1000, | ) | |
| Appellees. | ) | |
| | ) | |

**DEBTORS' DESIGNATION OF
RECORD AND STATEMENT OF ISSUES ON APPEAL**

Pursuant to Fed.R.Bank.P. 8006, the above-captioned debtors and debtors in possession (collectively, the "Debtors") designate the following items to be included in the record on appeal and submit the following statement of issues regarding their appeal to the United States District Court for the District of Delaware from the Bankruptcy Court's: (1) Memorandum Opinion and Order, dated April 13, 2007, Denying Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against the State of Montana [Dkt. Nos. 419 and 420]; and (2) Memorandum Opinion and Order, dated March 27, 2008, Denying the Motion for Reconsideration of Court's Opinion and Order Denying Debtors' Motion for Expansion of Preliminary Injunction [Dkt. Nos. 483 and 484].

## I. RECORD ON APPEAL

The Debtors designate the following items to be included in the record on appeal:

| | | | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE<br>Case No. 01-01139 |
|---|---|---|---|
| **Item** | **Filing Date** | **Docket No.** | **Description** |
| 1 | 06/09/2005 | 8582 | State of Montana's Motion for Relief from Stay |
| 2 | 06/28/2005 | 8705 | Official Committee of Unsecured Creditors' Objection to the Motion of the State of Montana for Relief from Stay |
| 3 | 06/28/2005 | 8707 | Official Committee of Asbestos Property Damage Claimants' Objection to the Motion of the State of Montana for Relief from Stay |
| 4 | 06/28/2005 | 8708 | Debtors' Objection to the Motion of the State of Montana for Relief from Stay |
| 5 | 06/29/2005 | 8747 | Joinder of the Official Committee of Asbestos Personal Injury Claimants in the Debtors' Objection to the Motion of the State of Montana for Relief from the Automatic Stay |
| 6 | 01/03/2006 | 11473 | Transcript of December 19, 2005 Hearing |
| 7 | 04/09/2007 | 15117 | Transcript of April 2, 2007 Hearing |
| 8 | 04/16/2007 | 15197 | Memorandum Opinion Concerning Order Denying Motion of the State of Montana for Relief from the Automatic Stay |
| 9 | 04/16/2007 | 15198 | Order Denying Motion of the State of Montana for Relief from the Automatic Stay |
| 10 | 04/26/2007 | 15390 | Motion for Reconsideration of Court's Opinion and Order Denying Motion of the State of Montana for Relief from the Automatic Stay Entered April 16, 2007 |
| 11 | 04/26/2007 | 15393 | Motion of State of Montana for Order Shortening Notice Regarding State of Montana's Motion for Reconsideration of Court's Opinion and Order Denying Motion of the State of Montana for Relief from the Automatic Stay Entered April 16, 2007 |
| 12 | 05/03/2007 | 15491 | Order Granting the Motion to Shorten Notice with Respect to State of Montana's Motion for Reconsideration of Court's Opinion and Order Denying Motion of the State of Montana for Relief from the Automatic Stay Entered April 16, 2007 |
| 13 | 05/14/2007 | 15647 | Debtors' Objection to the State of Montana's Motion for Reconsideration of Court's Opinion and Order Denying Motion for Relief from Automatic Stay |

| 14 | 05/17/2007 | 15679 | State of Montana's Motion for Leave to File Reply in Further Support of Motion for Reconsideration of Court's Opinion and Order Denying Motion of the State of Montana for Relief from the Automatic Stay |
| 15 | 05/22/2007 | 15757 | Order Granting State of Montana's Motion for Leave to File Reply in Further Support of Motion for Reconsideration of Court's Opinion and Order Denying Motion of the State of Montana for Relief from the Automatic Stay |
| 16 | 05/24/2007 | 15804 | State of Montana's Certification of Counsel on Order Regarding State of Montana's Motion for Reconsideration of Court's Opinion and Order Denying Motion of the State of Montana for Relief from the Automatic Stay Entered April 16, 2007 |
| 17 | 05/25/2007 | 15821 | Joinder of the Official Committee of Asbestos Personal Injury Claimants to Montana Plaintiffs Objection to Proposed Order Further Staying the State of Montana Litigation and Objection to Proposed Order Regarding State Of Montana's Motion for Reconsideration of Court's Opinion and Order Denying Motion of the State of Montana Relief from the Automatic Stay Entered April16, 2007 |
| 18 | 05/25/2007 | 15824 (also at Adv. Proc. 447) | Montana Plaintiffs' Objection to Proposed Orders Staying the State of Montana and BNSF Litigation |
| 19 | 05/29/2007 | 15876 (also at Adv. Proc. 448) | Objection of the Official Committee of Asbestos Personal Injury Claimants to Certification of Debtors' Counsel on Order Regarding the Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against BNSF |
| 20 | 06/04/2007 | 15948 | Transcript of May 21, 2007 Hearing |
| 21 | 06/06/2007 | 15969 | Modified Order Regarding State of Montana's Motion for Reconsideration of Court's Opinion and Order Denying Motion of the State of Montana for Relief from the Automatic Stay Entered April 16, 2007 |
| 22 | 07/31/2007 | 16445 | Transcript of July 23, 2007 Hearing |

### UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE
### Adversary No. A-01-771

| Item | Filing Date | Docket No. | Description |
|------|-------------|------------|-------------|
| 23 | 01/22/2002 | 87 | Order Granting Modified Preliminary Injunction |
| 24 | 06/20/2002 | 109 | Order Denying Carol Gerard's Motion to Clarify the Scope of the Preliminary Injunction or In the Alternative, to Modify the Preliminary Injunction |

| 25 | 09/12/2002 | 133 | Order Denying Carol Gerard's Motion to Reconsider the Court's Order Denying Motion to Clarify the Scope of the Preliminary Injunction or In the Alternative, to Modify the Preliminary Injunction |
|---|---|---|---|
| 26 | 12/03/2002 | 146 | Order Denying Carol Gerard's Motion for Reconsideration of Order Dated June 20, 2002 |
| 27 | 08/08/2003 | 154 | Memorandum Opinion of District Court |
| 28 | 10/12/2004 | 298 | Memorandum Opinion Regarding Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against Montana Vermiculite Company |
| 29 | 10/12/2004 | 299 | Order Granting Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against Montana Vermiculite Company |
| 30 | 08/22/2005 | 359 | Debtors' Motion to Expand their Preliminary Injunction to Include Actions Against the State of Montana |
| 31 | 08/09/2005 | 361 | Joinder of the Official Committee of Unsecured Creditors in Debtors' Motion to Expand their Preliminary Injunction to Include Actions Against the State of Montana |
| 32 | 08/22/2005 | 360 | Debtors' Motion for Leave to Amend Complaint |
| 33 | 10/05/2005 | 362 | State of Montana's Response to Debtors' Motion to Expand Preliminary Injunction to Include Actions Against the State of Montana |
| 34 | 10/07/2005 | 363 | Opposition of Libby Claimants to Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against the State of Montana |
| 35 | 10/07/2005 | 364 | Limited Opposition of Libby Claimants to Debtors' Motion for Leave to Amend Complaint |
| 36 | 10/07/2005 | 365 | Joinder of the Official Committee of Asbestos Personal Injury Claimants in the Opposition of Libby Claimants to Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against the State of Montana |
| 37 | 10/14/2005 | 367 | Debtors' Motion for Leave to File a Reply in Further Support of their Motion to Expand Preliminary Injunction to Include Actions Against the State of Montana |
| 38 | 10/17/2005 | 368 | Certification of Counsel filed by Libby Claimants |
| 39 | 12/22/2005 | 372 | Order Granting Debtors' Motion for Leave to File a Reply in Further Support of Their Motion to Expand Preliminary Injunction to Include Actions Against the State of Montana |
| 40 | 12/29/2005 | 373 | Libby Claimants' Notice of Appeal |

| 41 | 01/10/2006 | 375 | Certification of Counsel on Order Regarding Debtors' Motion to Expand its Preliminary Injunction to Include Actions Against the State of Montana |
| 42 | 01/17/2006 | 376 | Order Regarding Debtors' Motion to Expand its Preliminary Injunction to Include Actions Against the State of Montana |
| 43 | 01/18/2006 | 377 | Libby Claimants' Designation of Record and Statement of Issues on Appeal |
| 44 | 01/19/2006 | 378 | Libby Claimants' Amendment to Notice of Appeal |
| 45 | 01/30/2006 | 380 | Counter-Designation of State of Montana of Items to be Included in the Record on Appeal and Statement of Issues to Be Presented on Appeal |
| 46 | 01/30/2006 | 381 | Debtors' Designation of Additional Items to be Included in the Record on Appeal |
| 47 | 01/30/2006 | 382 | Debtors' Counter-Statement of Issues on Appeal |
| 48 | 01/30/2006 | 383 | Debtor's Motion to Dismiss Appeal |
| 49 | 01/31/2006 | 384 | Joinder of the State of Montana in Debtors' Motion to Dismiss Appeal |
| 50 | 02/13/2006 | 387 | District Court Order Denying Motion to Suspend |
| 51 | 02/15/2007 | 389 | Motion of BNSF for Clarification of the Scope of the Preliminary Injunction, or in the Alternative, for Relief from the Preliminary Injunction |
| 52 | 02/28/2007 | 390 | Libby Claimants' Statement Concerning Motion of BNSF Concerning Preliminary Injunction |
| 53 | 03/16/2007 | 391 | Continental Casualty Company's Objection to Motion of BNSF for Clarification of the Scope of the Preliminary Injunction, or in the Alternative, for Relief from the Preliminary Injunction |
| 54 | 03/16/2007 | 392 | Royal Indemnity Company's Objection to Motion of BNSF for Clarification of the Scope of the Preliminary Injunction, or in the Alternative, for Relief from the Preliminary Injunction |
| 55 | 03/16/2007 | 393 | Maryland Casualty Company's Objection to the Motion of BNSF for Clarification of the Scope of the Preliminary Injunction, or in the Alternative, for Relief from the Preliminary Injunction |
| 56 | 03/16/2007 | 394 | Debtors' Response to Motion of BNSF for Clarification of the Scope of the Preliminary Injunction and Cross-Motion to Expand the Preliminary Injunction to Include Actions Against BNSF |
| 57 | 03/16/2007 | 395 | Debtors' Motion for Leave to Further Amend Complaint |
| 58 | 03/22/2007 | 396 | Order regarding Debtors' Response and Cross-Motion |

| 59 | 03/26/2007 | 397 | Royal Indemnity Company's Response to Debtors' Response to Motion of BNSF for Clarification of the Scope of the Preliminary Injunction and Cross-Motion to Expand the Preliminary Injunction to Include Actions Against BNSF |
|---|---|---|---|
| 60 | 03/26/2007 | 398 | Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against BNSF |
| 61 | 04/03/2007 | 401 | Emergency Motion of Libby Claimants to Reschedule Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against BNSF |
| 62 | 04/04/2007 | 403 | Notice of Service of Discovery of Libby Claimants' Request for Production of Documents Propounded on Debtors, Continental Casualty Company, Maryland Casualty Company and Royal Indemnity Company |
| 63 | 04/05/2007 | 404 | Emergency Motion of Libby Claimants for Expedited Discovery |
| 64 | 04/06/2007 | 405 | Objection of Continental Casualty Company to Emergency Motion of Libby Claimants for Expedited Discovery |
| 65 | 04/09/2007 | 406 | Debtors' Objection to the Emergency Motion of Libby Claimants to Reschedule Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against BNSF |
| 66 | 04/10/2007 | 407 | Joinder and Response of the Official Committee of Asbestos Personal Injury Claimants to the (I) Emergency Motion of Libby Claimants to Reschedule Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against BNSF and (II) Emergency Motion of Libby Claimants for Expedited Discovery |
| 67 | 04/10/2007 | 408 | Royal Indemnity Company's Joinder in the Objections to the Libby Claimants' Emergency Motion Filed by the Debtors and Continental Casualty Company |
| 68 | 04/10/2007 | 409 | Response of BNSF Railway Company to Emergency Motions of Libby Claimants for Expedited Discovery and to Reschedule Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against BNSF |
| 69 | 04/13/2007 | 410 | Order Denying Emergency Motion of Libby Claimants to Reschedule Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against BNSF |
| 70 | 04/13/2007 | 411 | Order Denying Emergency Motion of Libby Claimants for Expedited Discovery |
| 71 | 04/13/2007 | 412 | BNSF Railway Company's Response to Debtors' Motion For Leave To Further Amend Complaint |

| 72 | 04/13/2007 | 413 | BNSF Railway Company's Response to Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against BNSF |
| 73 | 04/13/2007 | 414 | Opposition of the Official Committee of Asbestos Personal Injury Claimants to the Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against BNSF |
| 74 | 04/13/2007 | 415 | Opposition of the Official Committee of Asbestos Personal Injury Claimants to Debtors' Motion for Leave to Further Amend Complaint |
| 75 | 04/13/2007 | 416 | Opposition of Libby Claimants to Debtors' Motion for Leave to Further Amend Complaint |
| 76 | 04/13/2007 | 417 | Opposition of Libby Claimants to Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against BNSF |
| 77 | 04/13/2007 | 418 | Libby Claimants' Motion in Limine |
| 78 | 04/16/2007 | 419 | Memorandum Opinion Concerning Order Denying Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against the State of Montana |
| 79 | 04/16/2007 | 420 | Order Denying Debtors' Motion To Expand The Preliminary Injunction To Include Actions Against The State of Montana |
| 80 | 04/23/2007 | 422 | Maryland Casualty Company's Reply in Support of Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against BNSF |
| 81 | 04/24/2007 | 424 | Debtors' Motion for Leave to File a Reply in Further Support of Their Motion to Expand Preliminary Injunction to Include Actions Against BNSF |
| 82 | 04/25/2007 | 425 | Objection of Maryland Casualty Company to the Libby Claimants' Motion in Limine |
| 83 | 04/26/2007 | 426 | State of Montana's Motion for Reconsideration of Court's Opinion and Order Denying Debtors' Motion for Expansion of Preliminary Injunction Entered April 16,2007 |
| 84 | 04/26/2007 | 427 | Debtors' Motion to Alter and Amend the Court's Order Denying Its Request to Expand the Preliminary Injunction to Include Actions Against the State of Montana |
| 85 | 04/27/2007 | 429 | Order Striking Reply Filed by Maryland Casualty Company |
| 86 | 04/27/2007 | 430 | Order Striking Libby Claimants' Motion in Limine |
| 87 | 04/27/2007 | 431 | Order Granting Debtors' Motion for Leave to File a Reply |
| 88 | 04/27/2007 | 432 | Debtors' Reply in Support of Their Motion to Expand the Preliminary Injunction to Include Actions Against BNSF |

| 89 | 04/27/2007 | 433 | Continental Casualty Company's Motion for Leave to File Reply (I) to Various Responses to Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against BNSF, and (II) In Support of Expansion Motion |
| 90 | 04/30/2007 | 435 | Maryland Casualty Company's Motion for Leave to File a Reply In Support of Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against BNSF |
| 91 | 05/01/2007 | 438 | Motion of BNSF for Leave to File a Reply (I) In Further Support of Its Motion for Clarification of the Scope of the Preliminary Injunction, or In the Alternative, for Relief From the Preliminary Injunction and (II) In Further Opposition to the Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against BNSF |
| 92 | 05/04/2007 | 439 | Maryland Casualty Company's Objection to Libby Claimants' Request for Production of Documents Propounded Upon Maryland Casualty Company |
| 93 | 05/09/2007 | 440 | Continental Casualty Company's Objection to Libby Claimants' Request for Production of Documents Propounded on Continental Casualty Company |
| 94 | 05/10/2007 | 441 | Royal Indemnity Company's Objection to Libby Claimants' Request for Production of Documents Propounded Upon Royal Indemnity Company |
| 95 | 05/14/2007 | 442 | Libby Claimants' Objection to Motions Filed by Debtors and State of Montana to Reconsider Order Denying Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against the State of Montana |
| 96 | 05/14/2007 | 443 | Opposition of the Official Committee of Asbestos Personal Injury Claimants to the Debtors' and the State of Montana's Motions to Reconsider the Court's Decision Denying a Stay of Litigation Against Montana |
| 97 | 05/16/2007 | 444 | Order Denying Continental Casualty Company's Motion for Leave to File a Reply (I) to Various Responses to Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against BNSF, and (II) In Support of Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against BNSF |
| 98 | 05/25/2007 | 446 | Certification of Debtors' Counsel on Order Regarding the Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against BNSF |
| 99 | 05/30/2007 | 449 | BNSF Railway Company's Certification of Counsel on Order Regarding the Motion of Burlington Northern Santa Fe Railway Company for Clarification of the Scope Of the Preliminary Injunction |

| 100 | 06/01/2007 | 450 | Objection to Certification of Counsel Submitted by BNSF Railway Company Relating to the Motion of BNSF for Clarification of the Scope of the Preliminary Injunction, Or in the Alternative, for Relief from the Preliminary Injunction |
| 101 | 06/04/2007 | 451 | Amended Objection of Maryland Casualty Company to Certification of Counsel Submitted by BNSF Relating to the Motion of BNSF for Clarification of the Scope of the Preliminary Injunction, or in the Alternative, for Relief from the Preliminary Injunction |
| 102 | 06/05/2007 | 452 | Joinder of Royal Indemnity Company to Amended Objection of Maryland Casualty Company to Certification of Counsel Submitted by BNSF Relating to the Motion of BNSF for Clarification of the Scope of the Preliminary Injunction, or in the Alternative, for Relief from the Preliminary Injunction |
| 103 | 06/06/2007 | 453 | Modified Order Regarding the Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against BNSF |
| 104 | 6/06/2007 | 455 | Joinder of Continental Casualty Company to Amended Objection of Maryland Casualty Company to Certification of Counsel Submitted by BNSF Relating to the Motion of BNSF for Clarification of the Scope of the Preliminary Injunction, or in the Alternative, for Relief from the Preliminary Injunction |
| 105 | 06/12/2007 | 457 | Order Granting Motion of BNSF Railway Company for Clarification of the Scope of Preliminary Injunction, or in the Alternative, for Relief from the Preliminary Injunction |
| 106 | 06/14/2007 | 458 | Motion of the Official Committee of Asbestos Personal Injury Claimants to Alter and Amend the Court's Modified Order Regarding the Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against BNSF |
| 107 | 06/18/2007 | 459 | Libby Claimants' Motion to Alter or Amend the Court's Modified Order Regarding the Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against BNSF |
| 108 | 06/22/2007 | 461 | BNSF Railway Company's Joinder in Libby Claimants' Motion to Alter or Amend the Court's Modified Order Regarding the Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against BNSF |
| 109 | 07/06/2007 | 462 | Limited Response of State of Montana to Libby Claimants' Motion to Alter or Amend the Court's Modified Order Regarding the Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against BNSF |
| 110 | 07/06/2007 | 463 | Debtors' Consolidated Response to Motions to Alter and Amend the Court's Temporary Stay Order Regarding Actions Against BNSF and the State of Montana |

| 111 | 08/06/2007 | 465 | Certification of Counsel Regarding Amended Order Regarding Motions To Expand The Preliminary Injunction |
| 112 | 08/29/2007 | 466 | Amended Order Regarding Motions to Expand the Preliminary Injunction |
| 113 | 08/30/2007 | 467 | Libby Claimants' Notice of Appeal |
| 114 | 09/10/2007 | 469 | Libby Claimants' Designation of Items for Inclusion in Record on Appeal and Statement of Issues on Appeal |
| 115 | 09/20/2007 | 470 | State of Montana's Counter Statement of Issues on Appeal |
| 116 | 09/20/2007 | 471 | Debtors' Designation of Additional Items for Inclusion in Record of Appeal |
| 117 | 01/24/2008 | 474 | Memorandum and Order Dismissing Appeal without Prejudice entered by Judge Buckwalter, US District Court Judge |
| 118 | 01/25/2008 | 475 | Memorandum Regarding Pending Motions in Civil Action No 07-609 (Copy from District Court) |
| 119 | 01/25/2008 | 476 | Order Dismissing Pending Motion Without Prejudice in Civil Action 07-609 (Copy from District Court) |
| 120 | 02/18/2008 | 477 | Debtors' Status Report Regarding Pending Motions for Injunctive Relief |
| 121 | 02/26/2008 | 478 | Letter from Daniel C. Cohn, Esquire to the Honorable Judith K. Fitzgerald re: Injunction Pleadings |
| 122 | 02/29/2008 | 479 | Debtors' Letter to Judge Fitzgerald re: Manville Opinion |
| 123 | 03/04/2008 | 480 | State of Montana's Letter to Judge Fitzgerald re: Manville Opinion |
| 124 | 03/28/2008 | 481 | Opinion of the U.S. Court of Appeals Regarding Civil Action No. 02-1549 |
| 125 | 03/28/2008 | 482 | Judgment Order of the U.S. Court of Appeals Vacating Order of the District Court Entered on July 22, 2004 |
| 126 | 03/31/2008 | 483 | Memorandum Opinion Denying the Motion for Reconsideration of Court's Opinion and Order Denying Debtors' Motion for Expansion of Preliminary Injunction |
| 127 | 03/31/2008 | 484 | Order Denying the Motion for Reconsideration of Court's Opinion and Order Denying Debtors' Motion for Expansion of Preliminary Injunction |
| 128 | 04/04/2008 | 486 | State of Montana's Motion to Stay Pending Appeal |
| 129 | 04/09/2008 | 487 | State of Montana's Motion to Shorten Time and Expedited Consideration of Motion to Stay Pending Appeal |

| 130 | 04/09/2008 | 488 | Interim Order (1) Granting Motion for Expedited Hearing on State of Montana's Motion to Stay Pending Appeal and (2) Staying Actions Against the State of Montana Pending Expedited Consideration of Its Motion for Stay Pending Appeal of This Court's Order Dated march 27, 2008 |
| --- | --- | --- | --- |
| 131 | 04/10/2008 | 490 | State of Montana's Notice of Appeal |
| 132 | 04/10/2008 | 492 | Debtors' Notice of Appeal |
| 133 | 04/11/2008 | 493 | Clerk's Notice Regarding State of Montana's Filing of Appeal |
| 134 | 04/11/2008 | 494 | Clerk's Notice Regarding Debtors' Filing of Appeal |
| 135 | 04/11/2008 | 495 | Debtors' Motion for Leave to Appeal |
| 136 | 04/14/2008 | 498 | Memorandum Opinion in Regards to Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against Burlington Northern and Santa Fe Railroad |
| 137 | 04/14/2008 | 499 | Libby Claimants' Objection to Motion to Stay Pending Appeal in the District Court of this Court's Order Denying Montana's Motion for Reconsideration |
| 138 | 04/15/2008 | 500 | Libby Claimants' Motion to Reschedule April 21, 2008 Hearing on State of Montana's Motion for Stay Pending Appeal |
| 139 | 04/15/2008 | 501 | Libby Claimants' Motion to Shorten Time and Expedited Consideration of Motion to Reschedule April 21 Hearing on State of Montana's Motion for Stay Pending Appeal |
| 140 | 04/17/2008 | 503 | Order Denying Libby Claimants' Motion to Reschedule Hearing on State of Montana's Motion to Stay Pending Appeal of this Court's Order Dated March 27, 2008 |
| 141 | 04/17/2008 | 504 | Order Mooting Libby Claimants' Motion to Shorten Time regarding Motion to Reschedule April 21, 2008 Hearing on State of Montana's Motion for Stay Pending Appeal |

## II.  STATEMENT OF ISSUES ON APPEAL

The Debtors hereby submit the following statement of issues presented by this appeal:

1. Did the Bankruptcy Court err in finding that it did not have "related to subject matter jurisdiction" under 28 U.S.C. §1334(b) to expand an injunction to include actions against the State of Montana involving the Debtors' Montana mining operations?

2. Did the Bankruptcy Court fail to follow the Third Circuit Court of Appeals' decision in *In re W.R. Grace & Co. (Gerard v. W.R. Grace & Co.)* 115 Fed. Appx. 565 (3d Cir. 2004)?


Dated:  April 21, 2008

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Janet S. Baer
Salvatore F. Bianca
200 East Randolph Drive
Chicago, Illinois 60601
Telephone:  (312) 861-2000
Facsimile:  (312) 861-2200

- and -

PACHULSKI, STANG, YOUNG & JONES

*James E. O'Neill*

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession