IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| W. R. GRACE & CO., et al., ) | |
| ) | Case No. 01-01139 (JKF) |
| Debtors. ) | (Jointly Administered) |
| ) | |
| ) | |
| W. R. GRACE & CO., et al. ) | Adversary No. A-01-771 |
| ) | |
| Appellants, ) | |
| ) | |
| v. ) | |
| ) | |
| MARGARET CHAKARIAN, et al., ) | |
| AND JOHN DOES 1-1000, ) | |
| Appellees. ) | |
| ) | |

**STATE OF MONTANA'S DESIGNATION OF
RECORD AND STATEMENT OF ISSUES ON APPEAL**

The State of Montana ("Montana"), by and through its undersigned counsel, pursuant to Fed.R.Bank.P. 8006, designate the following items to be included in the record on appeal and submit the following statement of issues regarding its appeal to the United States District Court for the District of Delaware from the Bankruptcy Court's: (1) Memorandum Opinion and Order, dated April 13, 2007, Denying Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against the State of Montana [Dkt. Nos. 419 and 420]; and (2) Memorandum Opinion and Order, dated March 27, 2008, Denying the Motion for Reconsideration of Court's Opinion and Order Denying Debtors' Motion for Expansion of Preliminary Injunction [Dkt. Nos. 483 and 484].

Montana incorporates, in its entirety, the Debtors' Designation of Record and Statement of Issues on Appeal [Docket No. 506] filed in this matter on April 21, 2008.

Dated: April 21, 2008

/s/ Kevin J. Mangan
Francis A. Monaco, Jr. (#2078)
Kevin J. Mangan (#3810)
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC.
222 Delaware Avenue, Ste. 1501
Wilmington, DE 19801
T: 302-252-4320

Counsel for the State of Montana

2

WCSR 3884326v1