IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: W.R. Grace & Co., et al. | : | |
| W.R. Grace & Co., et al., and the State of Montana, | : | Civil Action No. 08-246 |
| Appellants, | : | |
| v. | : | Bankruptcy Case No. 01-1139 |
| | : | Adversary Case No. 01-771 |
| Libby Claimants, | : | Appeal No. 08-19 |
| Appellee. | : | |

**ORDER**

AND NOW, this 13th day of May, 2008, upon consideration of Libby Claimants' Emergency Motion to Dissolve Stay Pending Appeal (Docket No. 5) and the State of Montana's response thereto (Docket No. 6), it is hereby **ORDERED** that Libby Claimants' Motion is **DENIED**. While the State of Montana does not make the strongest showing of likelihood of success on the merits, the balancing of the other factors leads the Court to conclude it is in the best interest of justice to keep the stay in place until the Court has considered all of the parties' arguments on appeal.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.