IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In re: W.R. Grace & Co., et al.

| | : | |
|---|---|---|
| W.R. Grace & Co., et al., and the State of Montana, | : : : | Civil Action No. 08-246 |
| Appellants, | : : | |
| v. | : : | Bankruptcy Case No. 01-1139 Adversary Case No. 01-771 |
| Libby Claimants, | : : | Appeal No. 08-19 |
| Appellee. | : : | |

## ORDER

AND NOW, this 13th day of May, 2008, it is hereby **ORDERED** that Appellants' Briefs are due Tuesday, May 27, 2008, and Appellee's Brief is due Monday, June 20, 2008. No further briefing will be permitted except upon leave of court. It is so **ORDERED**.

BY THE COURT:


 *s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.