IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| W. R. Grace & Co., *et al.*, | ) | Civil Action No. 08-246 |
| | ) | |
| Debtors. | ) | |
| | ) | |
| W. R. Grace & Co., *et al.*, and the State of Montana | ) ) ) | |
| | ) | Bankruptcy Case No. 01-1139 |
| Appellants, | ) | Adversary Case No. 01-771 |
| | ) | Appeal No. 08-19 |
| v. | ) | |
| | ) | |
| Libby Claimants, | ) | |
| | ) | |
| Appellee. | ) | |

## DEBTORS' MOTION FOR 24-HOUR EXTENSION OF TIME

Debtors', W.R. Grace & Co. and its affiliated companies, ("Debtors") respectfully request a 24-hour extension of this Court's scheduling order and permission to file its opening brief with respect to the above captioned-matter on Wednesday May 28, 2008. Due to unexpected circumstances, the Debtors were unable to complete their brief under the Court's schedule. The Debtors have sought the assent to this extension of the other parties to this appeal. The Debtors have received the consent of the Libby Claimants and expect that the State of Montana likewise will provide its consent.

91100-001\DOCS_DE:137712.1

Dated: May 27, 2008

Respectfully submitted,

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Janet S. Baer
200 East Randolph Drive
Chicago, Illinois 60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

- and -

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for the Debtors and Debtors-in-Possession

*IT IS SO ORDERED* that the Debtors' deadline to file their opening brief in this matter is hereby extended to May 28, 2008.

Date: May 28, 2008

_____
Hon. Ronald L. Buckwalter
United States District Court Judge