IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: W.R. Grace & Co., *et al.*, <br><br> Debtors, <br><br>──────────────────────── <br><br> W.R. GRACE & CO., *et al.*, <br><br> Appellants, <br><br> v. <br><br> LIBBY CLAIMANTS, <br><br> Appellees. | CIVIL ACTION NO. 08-246 <br><br> BANKRUPTCY CASE NO. 01-1139 <br> ADV. PROC. NO. 01-771 |

**STATE OF MONTANA'S MOTION FOR STAY PENDING APPEAL**

Pursuant to Rule 8005 of the Federal Rules of Bankruptcy Procedure, Rule 62 of the Federal Rules of Civil Procedure and Federal Rule of Appellate Procedure 8, Appellant State of Montana ("Montana") respectfully moves this Court for an order staying state court actions brought against Montana during the pendency of Montana's appeal to the United States Court of Appeals for the Third Circuit from the Memorandum and Order entered in this action on August 12, 2008 [D.I. 15], affirming the Bankruptcy Court's Order, dated April 13, 2007, which had denied Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against the State of Montana (Adv. Pro. D.I. 419). As grounds for this Motion and filed herewith is Montana's Brief in Support of its Motion for Stay Pending Appeal.

61609

WHEREFORE, Montana respectfully requests that this Court (i) stay the state court actions brought against the State of Montana; and (ii) grant Montana such other and further relief as is just and proper.

Dated: August 29, 2008

/s/ Kevin Mangan
Francis A. Monaco, Jr. (#2078)
Kevin Mangan (#3810)
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue, 15th Floor
Wilmington, DE 19801
(302) 252-4320

Counsel for the State of Montana

- 2 -